JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey Corporation; MANDY COUTURE, INC., individually and doing business as ORANGE CARAMEL, a California Corporation; LEO'S DANCEWEAR, INC., individually and doing business as TRUE LIGHT, an Illinois Corporation; VOLUMECOCOMO APPAREL, INC., individually and doing business as COCOMO, a California Corporation; WINDSOR FASHIONS, INC., a California Corporation; and DOES 1-10, <br><br> Defendants. | Case Number: 2:18-cv-02263-R-KS <br> *Hon. Manuel L. Real Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice; and
2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO STIPULATED</u>.

Date: September 12, 2018          By: _____
                                  HON. MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE